Joseph C. Fraulob – State Bar #194355

230 Fifth Street

Marysville, CA 95901

(916) 743-4458

Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Freeman,<br><br>     Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br><br>     Defendant | Case No.: 2:13-cv-01388-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, January 6, 2014, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 12/05/13                              / s / Joseph C. Fraulob
                                             Joseph Fraulob
                                             Attorney for Plaintiff

Dated: 12/05/13                              / s / Paul Sachelari
                                             Paul Sachelari
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

IT IS ORDERED

Dated: December 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE