Joseph C. Fraulob – State Bar #194355
Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
Ph:  (916) 743-4458
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| William Freeman, | Case No.: 2:13-cv-01388-AC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, February 5, 2014, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 1/06/14                         / s / Joseph C. Fraulob
                                       Joseph Fraulob
                                       Attorney for Plaintiff

Dated: 1/06/14                         / s / Paul Sachelari
                                       Paul Sachelari
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant

   IT IS ORDERED.

Dated: January 6, 2013                 _____
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE